UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 17-cr-20069
Hon. Matthew F. Leitman

v.

HAFIZ TAHIR,

    Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (ECF No. 171)

On September 12, 2020, Defendant Hafiz Tahir filed a motion for compassionate release. (*See* Mot., ECF No. 171.) The Court held a hearing on Tahir's motion on October 19, 2020. For the reasons stated on the record during the motion hearing, Tahir's motion is **DENIED**.

    **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 19, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 19, 2020, by electronic means and/or ordinary mail.

s/Richard Loury for Holly A. Monda
Case Manager
(810) 341-9764